IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LUCINDA MICHEL, individually and as Personal Representative of the Estate of Anastassia Michel,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 25-74-M-KLD<br><br>ORDER |

Defendant United States had filed an unopposed motion (Doc. 26) for leave to seal Exhibit A (Doc. 27) attached to its motion for a status conference. The United States contends that the inclusion of the document in the public record is not appropriate given the sensitive and personal health information it contains, which relates to the medical condition of and provision of health care to an anticipated witness. The motion complies with L.R. 5.2. Based on a review of Exhibit A, the Court finds good cause to place it under seal because it contains confidential, non-public health information. *See Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). The Court also finds that filing a redacted version would be impractical, as redactions of the confidential

information would render the document meaningless. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion (Doc. 26) is GRANTED. Exhibit A (Doc. 27) IS SEALED.

DATED this 10th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge